| | |
|---|---|
| 1 | PAUL L. REIN, Esq. (SBN 43053) |
| | LAW OFFICES OF PAUL L. REIN |
| 2 | 200 Lakeside Drive, Suite A |
| | Oakland, CA  94612 |
| 3 | Telephone:    510/832-5001 |
| | Facsimile:     510/832-4787 |
| 4 | reinlawoffice@aol.com |

STEVEN L. DERBY, ESQ. (SBN 148372)
DERBY, McGUINNESS, & GOLDSMITH, L.P.
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
sderby@dmglawfirm.com

Attorneys for Plaintiff
ARMANDO SOLIS

*Defendants' counsel listed after the caption*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO SOLIS, | Case No. 3:16-cv-05554 CRB |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE SUBJECT TO CONTINUING COURT JURISDICTION TO ENFORCE TERMS OF THE SETTLEMENT AGREEMENT** |
| BANK OF THE WEST, N.A.; BNP PARIBAS; 1401 Broadway LLC; and DOES 1-10, Inclusive, | |
| Defendants. | |

Samuel L. Phillips, Esq.
Borton Petrini, LLP
95 South Market Street, Suite 400
San Jose, CA  95113
Tel (408) 535-0870
Fax (408) 535-0878
cpriolo@bortonpetrini.com

Attorneys for Defendant
1401 BROADWAY LLC

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK, SBN. 083908, mho@jmbm.com
STUART K. TUBIS, SBN 278278, skt@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant
BANK OF THE WEST and
BNP PARIBAS

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1) as to all Defendants pursuant to a court-enforceable Settlement Agreement, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

**It is so stipulated.**

Dated: December 4, 2017         DERBY, McGUINNESS, & GOLDSMITH, L.L.P.
                                LAW OFFICES OF PAUL L. REIN


                                By: */s/ Steven L. Derby*
                                STEVEN L. DERBY, ESQ.
                                Attorneys for Plaintiff
                                ARMANDO SOLIS


Dated: December 4, 2017         BORTON, PETRINI, LLP


                                By: */s/ Samuel L. Phillips*
                                SAMUEL L. PHILLIPS, ESQ.
                                Attorneys for Defendant
                                1401 BROADWAY, LLC


Dated: November 30, 2017        JEFFER MANGELS BUTLER &
                                MITCHELL LLP


                                By: */s/ Stuart K. Tubis*
                                STUART K. TUBIS, ESQ.
                                Attorneys for Defendant
                                BANK OF THE WEST and BNP PARIBAS

- 2 -

# **ORDER**

For Good Cause shown in the stipulation, this case is dismissed with prejudice. The court shall retain jurisdiction to enforce the settlement until all remediation specified is completed.

Dated: December 5, 2017

_____
U.S. District Court Judge Charles R. Breyer

| | |
|---|---|
| 1 | **<u>FILER'S ATTESTATION</u>** |
| 2 | Pursuant to Local Rule 5-1, I hereby attest that I, Steven L. Derby, attorney with Derby, |
| 3 | McGuinness & Goldsmith, LLP, received the concurrence of Stuart K. Tubis and Samuel L. |
| 4 | Phillip in the filing of this document. |

*/s/ Steven L. Derby*
Steven L. Derby
